UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SIM SPENCER,

    Plaintiff,

v.

                                                          Case No. 1:21-cv-653

JOSEPH GASPER,

                                                          HON. JANET T. NEFF

    Defendant.
_____/

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Sally J. Berens, U.S. District Court, 664 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated: August 2, 2021                                                /s/ Janet T. Neff
                                                                      JANET T. NEFF
                                                                      United States District Judge