FILED - GR
February 22, 2022 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: KB / 2/23

## UNITED STATES OF AMERICA DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**WILLIAM SIM SPENCER,** )
    **Plaintiff,** )
 )
 )    **Case 1:21-cv-00653**
 )    **Judge Janet T. Neff**
**vs.** )    **MJ Sally J. Berens**
 )
 )    ┌──────────────────────────┐
**COL. JOSEPH GASPER,** )    │ **Plaintiff's Motion for Leave** │
in his official capacity as Director, )    │ **to Amend his Complaint** │
Michigan Department of State Police,    └──────────────────────────┘
    **Defendant.**

 

Plaintiff, WILLIAM SIM SPENCER moves under Federal Rules of Civil Procedure

15(a)(2) for leave of the Court to amend his complaint where it has come to light that the Court's

jurisdiction to render a declaratory judgment in this matter has not been invoked under 28 USC §§

1331, 1343a(3), 2201 & 2202.

Plaintiff sought concurrence of opposing counsel and was unsuccessful and relies on his

attached brief in support of this motion.

Respectfully,

William Sim Spencer
Plaintiff, in propria persona
18772 Maple Street, # 113
Copemish, MI 49675
(231) 620-8780
williamsimspencer@gmail.com

Dated: 2/18/2022

1



PRESS FIRMLY

PRIORITY MAIL
LEGAL
FLAT RATE ENV

PITNEY BOWES

**US POSTAGE**

02 7H
0001323382
MAILED FROM ZIP CODE 49683

$ 009.25⁰

FEB 18 2022

**PRIORITY**
**★ MAIL ★**

**UNITED STATES**
**POSTAL SERVICE ®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**
William Sim Spencer
18772 Maple Street #113
Copemish, MI 49675

**TO:**
CLERK OF THE COURT
U.S. District Court
110 Michigan Street NW
Grand Rapids, MI 49503

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE



**UNITED STATES POSTAL SERVICE** ® | PRIOR MAIL




- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions
- USPS Tracking® included for domestic and many international destin
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of c

## FLAT RATE ENVELOPE
ONE RATE  ■  ANY WEIGHT



TRACKED – INSURED

**UNITED STATES POSTAL SERVICE** ®



USPS TRACKING #

9114 9022 0078 9792 6215 62

Label 400 Jan. 2013
7690-16-000-7948

4F May 2020
: 12 1/2 x 9 1/2

To schedule free Pac
scan the QR



USPS.COM/P